# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00082-MR-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| (2) TIMOTHY RAY TAYLOR, | ) | |
| (9) ILYA DOSTANOV, | ) | |
| (10) IEVGENII REINT, | ) | |
| (11) SHAUL LEVY, | ) | |
| (12) YANA PELTZ, | ) | |
| | ) | |
| Defendant**S**. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 172].

Upon review of the Government's motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 172] is **GRANTED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE** with respect to Defendants Timothy Ray Taylor, Ilya Dostanov, Ievgenii Reint, Shaul Levy, and Yana Peltz only.

**IT IS FURTHER ORDERED** that the arrest warrants issued in this case with respect to Ilya Dostanov, Ievgenii Reint, Shaul Levy, and Yana Peltz [Docs. 10, 11, 12, 13] are hereby **WITHDRAWN** and **DISMISSED**.

The Clerk of Court is respectfully directed to provide copies of this Order to the United States Attorney and the United States Marshal.

**IT IS SO ORDERED.**

Signed: February 19, 2018

Martin Reidinger
United States District Judge